```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x
                                 :
UNITED STATES OF AMERICA         :
                                 :           INDICTMENT
       - v. -                    :
                                 :           07 Cr.
ALEXEI VOZIIANOV,                :
      a/k/a "Voziian Corp.,"     :
      a/k/a "Alix Voiiano,"      :
      a/k/a "Surlas Group,"      :
      a/k/a "aleks ozianov,"     :
                                 :
                    Defendant.   :
- - - - - - - - - - - - - - - - x
```

*[Stamps: JUDGE HOLWELL; USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: MAY 30 2007; 07CRIM. 487]*

## COUNT ONE

The Grand Jury charges:

1. From in or about February 2005 up to and including at least in or about March 2005, in the Southern District of New York and elsewhere, ALEXEI VOZIIANOV, a/k/a "Voziian Corp.," a/k/a "Alix Voiiano," a/k/a "Surlas Group," a/k/a "aleks ozianov," the defendant, unlawfully, willfully, and knowingly, having devised and intending to devise a scheme and artifice to defraud, and for obtaining money and property by means of false and fraudulent pretenses, representations, and promises, did transmit and cause to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds for the purpose of executing such scheme and artifice, to wit, VOZIIANOV advertised goods for sale via the Internet trading site known as eBay, and thereby

induced others to purchase and pay for those goods, having no intention to deliver those goods once payment was received.

(Title 18, United States Code, Section 1343.)

_____
FOREPERSON

_____
MICHAEL J. GARCIA
United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

ALEXEI VOZIIANOV,
a/k/a "Voziian Corp.,"
a/k/a "Alix Voiiano,"
a/k/a "Surlas Group,"
a/k/a "aleks ozianov,"

Defendant.

INDICTMENT

07 Cr.

(18 U.S.C. § 1343)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

*[signature]*

Foreperson.

5/30/07 TLC: Post 11/1/87 indictment filed. Judge Holwell assigned.

Peck, MJ.